Z. KATHRYN BRANSON, ESQ., Bar No. 11540
STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com
swashington@littler.com

*Attorneys for Defendant*
FITNESS ALLIANCE, LLC,
wrongly identified as EOS FITNESS BRAND, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN IANNUZZI, an individual, | Case No. 2:20-cv-02194-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| EOS FITNESS BRAND, LLC, | |
| Defendant. | |

Plaintiff JOHN IANNUZZI ("Plaintiff") and Defendant FITNESS ALLIANCE, LLC, wrongly identified as EoS FITNESS BRAND, LLC ("Fitness Alliance" or "Defendant") by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: May 14, 2021

Respectfully submitted,

/s/ Amanda J. Brookhyser
ANTHONY B. GOLDEN, ESQ.
PUNEET K. GARG, ESQ.
AMANDA J. BROOKHYSER, ESQ.
GARG GOLDEN LAW FIRM

*Attorneys for Plaintiff*
JOHN IANNUZZI

Dated: May 14, 2021

Respectfully submitted,

/s/ Steven J.T. Washington
Z. KATHRYN BRANSON, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
FITNESS ALLIANCE, LLC,
wrongly identified as EOS FITNESS BRAND, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: __May 18_____, 2021.

RICHARD E. BOULWARE, II
United States District Court

4841-4496-3814.1 / 081134-1018